UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-20469-CR-KMW

UNITED STATES OF AMERICA,

v.

NICOLETTE POKU,

        **Defendant.**

_____/

### FACTUAL PROFFER

The United States and the defendant, NICOLETTE POKU ("N. POKU"), and her counsel, agree that the United States would have proven the following facts at trial, beyond a reasonable doubt:

1. In or around 2018, N. POKU possessed, in the Southern District of Florida, the following mail matters, that she knew to be stolen from the United States mail:

    a) On or about September 22, 2018, N. POKU provided Check #111297 made out to "F.L.T.F." in the approximate amount of $568 to co-defendant, TIMOTHY POKU ("T. POKU"), which he deposited into a PNC Bank account in the name of T. POKU;

    b) On or about November 13, 2018, she deposited Check #159726 made out to "F.L.T.F." in the approximate amount of $1,082 into a JP Morgan Bank account in the name of N. POKU;

c) On or about December 3, 2018, she deposited Check # 90484 made out to "E.C." in the approximate amount of $52 into a JP Morgan Bank account in the name of N. POKU;

d) On or about November 8, 2018, she deposited Check #021813 made out to "F.L.T.F." in the approximate amount of $2,503 into a SunTrust Bank account in the name of N. POKU;

e) On or about November 26, 2018, she deposited Check #100035 made out to "E.C." in the approximate amount of $4,754 into a SunTrust Bank account in the name of N. POKU; and

f) On or about October 9, 2019, she deposited Check #75900 made out to "W.V." in the approximate amount of $16,775 into a Bank of America account in the name of N. POKU.

2. Subsequent to N. POKU's possession of the stolen United States mail matters, she carried out a scheme to defraud JP Morgan Chase Bank, SunTrust Bank, and Bank of America, in the Southern District of Florida, by using false and fraudulent representations that she was entitled to and cashed the following checks into her own bank accounts:

a) Check #159726 to "F.L.T.F." in the approximate amount of $1,082;

b) Check #90484 to "E.C." in the approximate amount of $52;

c) Check #021813 to "F.L.T.F." in the approximate amount of $2,503;

d) Check #100035 to "E.C." in the approximate amount of $4,754; and

e) Check #75900 to "W.V." in the approximate amount of $16,775

3. In carrying out this scheme, it was N. POKU's intention to defraud JP Morgan Chase Bank, SunTrust Bank, and Bank of America by claiming she was the rightful recipient of the stolen checks and was entitled to the funds of each check deposited.

4. JP Morgan Chase Bank, SunTrust Bank, and Bank of America are financial institutions with offices located in the State of Florida whose accounts were insured by the Federal Deposit Insurance Corporation.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11/4/19

By: _____
JASON A. REDING
ASSISTANT UNITED STATES ATTORNEY

Date: 11/4/19

By: _____
FRANK SCHWARTZ
ATTORNEY FOR NICOLETTE POKU

Date: 11/4/19

By: _____
NICOLETTE POKU
DEFENDANT